No. D–600. IN RE DISBARMENT OF TUCKER. Robert L. Tucker, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 12, 1987 [479 U. S. 1026], is hereby discharged.

No. D–617. IN RE DISBARMENT OF CASLER. It is ordered that William Franklin Casler, of Saint Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–618. IN RE DISBARMENT OF WHITTEN. It is ordered that David Rock Whitten, of Wilmington, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–619. IN RE DISBARMENT OF STOKES. It is ordered that Rhodes Cherry Stokes, of Greenville, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–2068. RANKIN ET AL. v. MCPHERSON. C. A. 5th Cir. [Certiorari granted, 479 U. S. 913.] Motion of the Solicitor General to permit Glen D. Nager, Esquire, to present oral argument *pro hac vice* granted.

No. 86–228. KUNGYS v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, 479 U. S. 947.] Motions of World Jewish Congress and Anti-Defamation League of B'nai B'rith et al. for leave to file briefs as *amici curiae* granted.

No. 86–246. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. v. SHUMAN. C. A. 9th Cir. [Certiorari granted, 479 U. S. 948.] Motion of N. Patrick Flanagan III, Esquire, to withdraw as counsel and to substitute M. Daniel Markoff, Esquire, granted.